# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WANDA COOK, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) NO. CIV-18-0711-HE ) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, | ) ) ) ) ) |
| Defendant. | ) |

## ORDER

In this action, plaintiff seeks judicial review of the final decision of defendant Acting Commissioner of Social Security Administration ("Commissioner") denying her applications for disability insurance benefits and supplemental security income. On April 8, 2019, United States Magistrate Judge Bernard M. Jones issued a Report and Recommendation recommending that the Commissioner's decision be affirmed. The parties were advised of their right to object to the Report and Recommendation by April 22, 2019.

Neither party objected to the Report and Recommendation. Therefore, the parties have waived their rights to appellate review of the factual and legal issues it addressed. Cassanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010). Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #22] and **AFFIRMS** the decision of the Commissioner.

**IT IS SO ORDERED.**

Dated this 23rd day of April, 2019.

JOE HEATON
CHIEF U.S. DISTRICT JUDGE